IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MAGDALINA KALINCHEVA, M.D., | ) | 8:15CV44 |
| --- | --- | --- |
| Plaintiff, | ) | |
| V. | ) | |
| | ) | **MEMORANDUM AND ORDER** |
| JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child, E. ANDREW WALTON, JERALD MASON, all from Avenue Realty, CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA, TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12, | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff Magdalina Kalincheva's Motion for Protective Order and Injunction. (Filing No. 25.) This case is closed and Plaintiff is not entitled to the relief she seeks.

IT IS ORDERED that Plaintiff's Motion for Protective Order and Injunction (Filing No. 25) is denied.

DATED this 16th day of March, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge