## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAGDALINA KALINCHEVA, M.D., | ) ) ) | 8:15CV44 |
| Plaintiff, | ) ) | |
| V. | ) ) | |
| JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child, E. ANDREW WALTON, JERALD MASON, all from Avenue Realty, CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA, TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12, | ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Notice of Appeal. (Filing No. 33.) Plaintiff already appealed the court's judgment in this case, and the Eighth Circuit Court of Appeals affirmed the judgment. (Filing No. 19.)

IT IS THEREFORE ORDERED that: The court will not act on Plaintiff's Notice of Appeal. The clerk of court is directed to send a copy of Plaintiff's Notice of Appeal (Filing No. 33) to the Eighth Circuit Court of Appeals.

DATED this 14th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge