IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAGDALINA KALINCHEVA, M.D., | ) ) ) | 8:15CV44 |
| Plaintiff, | ) ) ) | |
| V. | ) ) | **MEMORANDUM** |
| JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child, E. ANDREW WALTON, JERALD MASON, all from Avenue Realty, CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA, TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12, | ) ) ) ) ) ) ) ) ) ) ) ) | **AND ORDER** |
| Defendants. | ) | |

   This matter is before the court on a notice of appeal filed by Plaintiff. (Filing No. 53.) Plaintiff appeals from an order of this court (Filing No. 52) denying her "Motion for Disqualification." (Filing No. 51.)

   Plaintiff has submitted a motion for leave to appeal in forma pauperis. (Filing No. 54.) A litigant seeking to appeal a judgment must either pay the required filing fees or proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). See Fed. R. App. P. 3(e); 28 U.S.C. § 1915(a). "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Good faith is established when an appellant seeks review of an issue that is "not frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962). An appeal is frivolous when the result is obvious or when the appellant's argument is wholly without merit. *Newhouse v. McCormick & Co., Inc.*, 130 F.3d 302, 305 (8th Cir. 1997).

The court hereby certifies that the appeal is not taken in good faith. Plaintiff's "Motion for Disqualification," as well as her Notice of Appeal, are nonsensical. It is clear that Plaintiff's arguments completely lack merit.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Appeal in Forma Pauperis (Filing No. 54) is denied.

2. The clerk of the court is directed to provide a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

DATED this 18th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge