IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAGDALINA KALINCHEVA, M.D., | ) ) ) | 8:15CV44 |
| Plaintiff, | ) ) ) | |
| V. | ) ) | |
| JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child, E. ANDREW WALTON, JERALD MASON, all from Avenue Realty, CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA, TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12, | ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

This matter is before the court on Plaintiff's "Notice of Withdrawal of Plaintiffs' Notice of Appeal to CA8." (Filing No. 58.) It appears that Plaintiff meant to file her Notice with the Eighth Circuit Court of Appeals. Therefore,

IT IS ORDERED that the clerk of court shall send a copy of Plaintiff's Notice of Withdrawal, along with a copy of this Memorandum and Order, to the Eighth Circuit Court of Appeals. The clerk is further directed to terminate the motion event appearing at Filing No. 58.

DATED this 29th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge