IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAGDALINA KALINCHEVA, M.D., | ) ) ) | 8:15CV44 |
| Plaintiff, | ) ) ) | |
| V. | ) ) | |
| JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child, E. ANDREW WALTON, JERALD MASON, all from Avenue Realty, CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA, TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12, | ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

      Plaintiff, a non-prisoner, has submitted a Notice of Appeal.  (Filing No. 86.) Plaintiff has not submitted the appellate filing fee.  "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3).  Good faith is established when an appellant seeks review of an issue that is "not frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962). An appeal is frivolous when the result is obvious or when the appellant's argument is wholly without merit. *Newhouse v. McCormick & Co., Inc.*, 130 F.3d 302, 305 (8th Cir. 1997).

      The court hereby certifies that the appeal is not taken in good faith.  Plaintiff's filings in this case are nonsensical.  It is clear that Plaintiff's arguments completely lack merit.

IT IS THEREFORE ORDERED that: The court will not act on Plaintiff's Notice of Appeal. The clerk of court is directed to send a copy of Plaintiff's Notice of Appeal (Filing No. 86) to the Eighth Circuit Court of Appeals.

DATED this 30th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge