IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MAGDALINA KALINCHEVA, M.D., | ) ) ) | 8:15CV44 |
| Plaintiff, | ) ) ) | |
| V. | ) ) | |
| JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child, E. ANDREW WALTON, JERALD MASON, all from Avenue Realty, CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA, TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12, | ) ) ) ) ) ) ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| Defendants. | ) | |

Plaintiff, a non-prisoner, has submitted multiple notices of appeal in this action. (Filing Nos. 80, 90). Plaintiff has also filed a Motion for Leave to Proceed In Forma Pauperis on Appeal (Filing No. 93).

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). Good faith is established when an appellant seeks review of an issue that is "not frivolous." *Coppedge v. United States*, 369 U.S. 438, 445 (1962). An appeal is frivolous when the result is obvious or when the appellant's argument is wholly without merit. *Newhouse v. McCormick & Co., Inc.*, 130 F.3d 302, 305 (8th Cir. 1997).

The court hereby certifies that the appeals filed by Plaintiff in this case (Filing Nos. 80, 90) were not taken in good faith. Plaintiff's filings in this case are

nonsensical. It is clear that Plaintiff's arguments completely lack merit.

IT IS THEREFORE ORDERED that: The court will not act on either of Plaintiff's notices of appeal. (Filing Nos. 80, 90.) The clerk of court is directed to send copies of Plaintiff's notices of appeal (Filing Nos. 80, 90) to the Eighth Circuit Court of Appeals. Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 93) is denied.

DATED this 6th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge