IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAGDALINA KALINCHEVA, M.D.;<br><br>Plaintiff,<br><br>vs.<br><br>JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child; E. ANDREW WALTON, JERALD MASON, all from Avenue Realty; CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA; TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12;<br><br>Defendants. | 8:15CV44<br><br>**MEMORANDUM AND ORDER** |

Plaintiff, a non-prisoner, has submitted a notice of appeal in this action. (Filing No. 112.) Plaintiff has not submitted the appellate filing fee. "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). The court hereby certifies that the appeal filed by Plaintiff in this case is frivolous and not taken in good faith. Plaintiff's arguments completely lack merit.

IT IS THEREFORE ORDERED that: The court will not act on Plaintiff's notice of appeal. (Filing No. 112.) The clerk of court is directed to send a copy of Plaintiff's notice of appeal to the Eighth Circuit Court of Appeals.

2

Dated this 10th day of April, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge