IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. MAGDALINA KALINCHEVA, M.D.; <br><br> Plaintiff, <br><br> vs. <br><br> JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child; E. ANDREW WALTON, JERALD MASON, all from Avenue Realty;  CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA; TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12; <br><br> Defendants. | **8:15CV44** <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's Notice regarding the court's denial of various motions filed by Plaintiff on November 8, 2017.  ([Filing No. 143](#).)  On November 20, 2017, the court entered a text order on the docket sheet in this case denying Plaintiff's various motions for the reason that this case is closed and Plaintiff is not entitled to the relief she seeks.[1]  (*See* Docket Sheet, No. 142.)  To the extent that Plaintiff intends to renew her previously denied motions through the filing of her latest Notice ([Filing No. 143](#)), the Notice is denied.

Again, the court reiterates that this case is closed and Plaintiff is not entitled to the relief she seeks.  The court has previously warned Plaintiff:  "Filing

---

[1] The docket entry incorrectly identifies Senior Judge Joseph F. Bataillon as the ordering judge.  The court will direct the clerk's office to amend the text of docket entry No. 142 to identify Senior Judge Richard G. Kopf as the ordering judge.

frivolous motions could result in further action by this court, including the imposition of sanctions including, but not limited to, filing restrictions." (Filing No. 12; *see also* Filing No. 108.) If Plaintiff continues to be undeterred by the court's previous warnings and file frivolous and malicious pleadings, the court will impose sanctions including, but not limited to, revoking her CM/ECF filing rights in this case. *See In re Tyler*, 839 F.2d 1290, 1293 (8th Cir. 1988) ("'The Court may, in its discretion, place reasonable restrictions on any litigant who files non-meritorious actions for obviously malicious purposes and who generally abuses judicial process.'" (quoting *People of the State of Colorado v. Carter*, 678 F. Supp. 1484, 1486 (D. Colo. 1986))).

IT IS THEREFORE ORDERED that:

1. Plaintiff's Notice (Filing No. 143) is denied to the extent that it seeks to renew any of Plaintiff's motions which the court previously denied on November 20, 2017.

2. The clerk's office is directed to amend the text of docket entry No. 142 to correctly identify Senior Judge Richard G. Kopf as the ordering judge.

Dated this 28th day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Supervising Pro Se Judge