IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. MAGDALINA KALINCHEVA, M.D.;<br><br>Plaintiff,<br><br>vs.<br><br>JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child; E. ANDREW WALTON, JERALD MASON, all from Avenue Realty; CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA; TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12;<br><br>Defendants. | 8:15CV44<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Plaintiff's Notice of Emergency filed on January 9, 2018. (Filing No. 154.) To the extent Plaintiff asks this court for relief, the court will not act on Plaintiff's request as this case is currently pending before the Eighth Circuit Court of Appeals on a Notice of Appeal filed by Plaintiff on November 28, 2017. (*See* Filing Nos. 145, 148.); *see also State ex rel. Nixon v. Coeur D'Alene Tribe*, 164 F.3d 1102, 1106–07 (8th Cir. 1999) ("Once a notice of appeal is filed, the district court is divested of jurisdiction over matters on appeal."). Accordingly,

IT IS ORDERED that the court will not act on Plaintiff's Notice (Filing No. 154). The clerk of court is directed to provide a copy of this order to the Eighth Circuit Court of Appeals.

Dated this 12th day of January, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge