IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DR. MAGDALINA KALINCHEVA, M.D.;<br><br>        Plaintiff,<br><br>    vs.<br><br>JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child; E. ANDREW WALTON, JERALD MASON, all from Avenue Realty; CHICAGO TITLE COMPANY, DONALD A. MACHADO, MICHELLE HULLIGAN, JANE DOE, Trini women 2 kids Manteca CA; TODD CORREN, and JOHN DOE, Renters at 535 W Vine St., 9-12;<br><br>        Defendants. | **8:15CV44**<br><br>**MEMORANDUM AND ORDER** |
| DR. MAGDALINA KALINCHEVA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child; JERALD MASON, all from Avenue Realty; CHICAGO TITLE COMPANY, DONALD A. MACHADO, JANE DOE, Trini woman 2 kids Manteca CA; JOHN DOE, Renters at 535 W Vine St, 9-12; and MICHELLE HULLIGAN, Spetter Vandal;<br><br>        Defendants. | **8:15CV45**<br><br>**MEMORANDUM AND ORDER** |
| DR. MAGDALINA KALINCHEVA, M.D.;<br><br>        Plaintiff,<br><br>    vs.<br><br>JESSE NEUBARTH, VALENTYNA LEZOVITSKAYA, child; TODD CORREN, E. | **8:15CV46**<br><br>**MEMORANDUM AND ORDER** |

| |
|---|
| ANDREW WALTON, MARGARETH JOHNSTON, KAREN RUBINGER, WARREN OSGOOD, KAREN HULL, and CHICAGO TITLE COMPANY,<br><br>                    Defendants. |

The above-captioned cases are before the Court on Plaintiff Magdalina Kalincheva's ("Kalincheva") "Motion to Assign Retired US District Judge Hon. Richard G. Kopf." Filing No. 172, Case No. 8:15CV44; Filing No. 49, Case No. 8:15CV45; Filing No. 64, Case No. 8:15CV46,[1] which Kalincheva e-mailed to the Court on September 6, 2024. Kalincheva requests to assign "all [her] cases nationwide which are One Case, to retired US District Judge Hon. Richard G. Kopf RGK, who has been Supervising Pro Se judge and receiving all her filings since she first submitted her Documents in 2014-2015 until December 2022 when he retired" pursuant to 28 U.S.C. §§ 294(b)–(d) and 1404(a). Filing No. 172.

As the Court stated in its August 15, 2024, Memorandum and Order, Filing No. 171, denying Kalincheva's motions to reopen these cases, these cases were dismissed with prejudice on February 10, 2015, and Kalincheva is barred from filing any more pro se filings in this Court regarding matters related to the claims raised in the above-captioned closed cases or that have no discernible connection to events or parties located within the District of Nebraska. Thus, the Court finds absolutely no basis to reassign these matters to Judge Kopf[2] or any other judge as these cases are closed and any attempt by Kalincheva to continue to litigate these matters is frivolous.

---

[1] Throughout this Memorandum and Order, citations to the record will be to Case No. 8:15CV44 unless otherwise noted.

[2] The Court also notes that reassignment to Judge Kopf is not possible as, sadly, he died earlier this year.

3

IT IS THEREFORE ORDERED that: Kalincheva's "Motion to Assign Retired US District Judge Hon. Richard G. Kopf," Filing No. 172, Case No. 8:15CV44; Filing No. 49, Case No. 8:15CV45; Filing No. 64, Case No. 8:15CV46, is denied.

Dated this 19th day of February, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge